[No. 16708-1-I. Division One. February 23, 1987.]

ELSIE CHMELA, *as Personal Representative, Respondent,* v. THE CITY OF SEATTLE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82-2-00786-2, David C. Hunter, J., entered June 19, 1985. *Affirmed* by unpublished opinion per Ennis, J. Pro Tem., concurred in by Andersen and Wilson, JJ. Pro Tem.

[No. 16483-0-I. Division One. February 23, 1987.]

*In the Matter of the Estate of* JEFFREY A. LARSON, *Appellant,* v. BURLINGTON NORTHERN RAILROAD, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83-2-00319-7, Robert C. Bibb, J., entered May 1, 1985. *Affirmed* by unpublished opinion per Callow, J. Pro Tem., concurred in by Swanson, J., and Chan, J. Pro Tem.

[No. 17454-1-I. Division One. February 23, 1987.]

JEROME FREY, ET AL, *Appellants,* v. HAROLD F. KNAB, JR., *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84-2-11847-4, Richard L. Gemson, J. Pro Tem., entered October 3, 1985. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Callow and Pitt, JJ. Pro Tem.